IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ONIEL CLARKE, | : | Civil No. 3:22-cv-371 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| CHAD WAKEFIELD, *et al.*, | : | |
| Defendants | : | |

FILED
SCRANTON
NOV 15 2022
PER _____
DEPUTY CLERK

## ORDER

**AND NOW**, this 15th day of November, 2022, upon consideration of Defendants' motion (Doc. 19) to dismiss, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 19) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge